UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JIANGSU GTIG ESEN CO., LTD.,

                Plaintiff,

    v.

AMERICAN FASHION NETWORK, LLC, AND JES APPAREL, LLC,

                Defendants.

Civil Action No.
5:20-cv-00222 (MAD/ATB)

---

### APPLICATION TO THE CLERK FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55(b) AND LOCAL RULE 55.2(a)

**TO:**   JOHN M. DOMURAD, CLERK
         UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF NEW YORK

Upon the attached Declaration of Brian J. Butler, Esq. in Support of Plaintiff's Application to Clerk for Default Judgment, dated May 8, 2020, and the exhibits annexed thereto, Plaintiff Jiangsu Gtig Esen Co., Ltd. respectfully requests that the Clerk enter Default Judgment against Defendants American Fashion Network, LLC, and JES Apparel, LLC, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and Northern District of New York Local Rule 55.2(a).

Dated:  Syracuse, New York
         May 8, 2020

BOND, SCHOENECK & KING, PLLC

By: _____
     Brian J. Butler (510105)
     Taylor E. Reynolds (700877)
*Attorneys for Jiangsu Gtig Esen Co., Ltd.*
Office and P.O. Address
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: (315) 218-8000

3544583.1