| | |
|---|---|
| Attorney(s) | Bond, Schoeneck & King, LLP |
| Index # | **5:20-CV-222(MAD/ATB** |
| Purchased/Filed: | February 28, 2020 |
| State of New York | |
| Court: | U. S. District |
| County: | Northern Dist. |

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Jiangsu Gtig Esen Co Ltd

Plaintiff(s)

against

American Fashion Network LLC et al

Defendant(s)

STATE OF NEW YORK ) 
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: 55 yrs
Weight: 120 lbs  Height: 5' 1"  Sex: Female  Color of skin: White
Hair color: Brown  Other:

_____ Robert Guyette _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on March 11, 2020, at 12:31 pm, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**Summons in A Civil Action & Complaint an Jury Demand, Civil Cover Sheet and Filing Order**

on

### Jes Apparel LLC

the Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____ AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section LIMITED LIABILITY COMPANY LAW §303.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

11th day of March 2020

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2023

Robert Guyette

**Invoice·Work Order # 2007645**
Attorney File # **Jiangsu Gtig**