# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### CLERK'S CERTIFICATE OF ACTION TAKEN ON
### PLAINTIFF(S) REQUEST FOR ENTRY OF DEFAULT

Jiangsu Gtig Esen Co., Ltd.

vs.                                          CASE NUMBER: **5:20-CV-0222 (MAD/ATB)**

American Fashion Network, LLC and
JES Apparel, LLC

     I, JOHN M. DOMURAD, CLERK, by Helen M. Reese, Deputy Clerk, certify that I have reviewed the Court's docket and have determined that proof of proper service for the parties against whom judgment is being sought has been filed and that these parties have not appeared in the action. Accordingly, entry of default is hereby noted and entered on this 13th day of April, 2020 against American Fashion Network, LLC and JES Apparel, LLC.

Dated: ___April 13, 2020___

Clerk of Court

By: s/ Helen M. Reese

Deputy Clerk