# STATEMENT OF AMOUNTS DUE, WITH INTEREST AND COSTS

| | | |
|---|---|---:|
| Invoiced Amount: | $ | 4,855,161.39 |
| Amount Paid Towards Invoices by Defendants Prior to Complaint | $ | 597,333.69 |
| Principal Amount Due at time of the Complaint: | $ | 4,257,827.70 |
| Interest for each past due invoice from the date the invoice was due to May 6, 2020 (Date of Xing Zhangjuan Statement) at 9% Interest Per Annum (See Appendix I): | $ | <u>722,572.41</u> |
| Total Principal and Interest: | $ | 4,980,400.11 |
| Taxable Costs and Expenses of this Action (Paid by Plaintiff): | | |
|     Filing Fees | $ | 400.00 |
|     Service of Process | $ | 150.00 |
| Total Costs and Expenses | $ | <u>550.00</u> |
| Subtotal Due Plaintiff | $ | 4,980,950.11 |
| Less Credits Due Defendant from April 2, 2020 payment of $1,500.00, accounting for interest at 9% Per Annum | $ | <u>1,512.58</u> |
| **TOTAL REQUESTED JUDGMENT:** | $ | **4,979,437.53** |

Dated:  May 8, 2020

## Appendix I: Interest Calculation
### 9% Per Annum Pursuant to CPLR § 5004
### (End Date 5/6/2020)

| Purchase Order Number | Invoice Number | Invoice Due Date | Days Past Due | Amount Paid on Invoice | Unpaid Amount on Invoice | Interest Due |
|---|---|---|---|---|---|---|
| 11357019 | GESI1704022140 | 1/11/2018 | 846 | $1,170.89 | $0.00 | $0.00 |
| 11357020 | GESI1704022141 | 1/11/2018 | 846 | $20,366.44 | $0.00 | $0.00 |
| 11357021 | GESI1704022142 | 1/11/2018 | 846 | $2,944.97 | $0.00 | $0.00 |
| 11391460 | GESI1704022143 | 1/11/2018 | 846 | $92,664.00 | $0.00 | $0.00 |
| 11397870 | GESI1704022149 | 2/5/2018 | 821 | $30,623.04 | $0.00 | $0.00 |
| 11397869 | GESI1704022150 | 2/10/2018 | 816 | $0.00 | $65,073.96 | $13,093.24 |
| 11397867 | GESI1704022138 | 1/11/2018 | 846 | $146,703.50 | $0.00 | $0.00 |
| 11397866 | GESI1704022139 | 1/11/2018 | 846 | $12,785.12 | $0.00 | $0.00 |
| 11428344 | GESI1704021082 | 2/13/2018 | 813 | $0.00 | $4,503.47 | $902.79 |
| 11429124 | GESI1704021080 | 2/10/2018 | 816 | $0.00 | $8,754.61 | $1,761.48 |
| 11429122 | GESI1704021081 | 2/10/2018 | 816 | $0.00 | $222,351.78 | $44,738.40 |
| 11428862 | GESI1704022146 | 1/16/2018 | 841 | $2,241.56 | $0.00 | $0.00 |
| 11428864 | GESI1704022147 | 1/16/2018 | 841 | $102,343.89 | $0.00 | $0.00 |
| 11428865 | GESI1704022148 | 1/16/2018 | 841 | $17,496.63 | $0.00 | $0.00 |
| 11423055 | GESI1704022154 | 2/13/2018 | 813 | $0.00 | $3,288.45 | $659.22 |
| 11427152 | GESI1704022151 | 2/5/2018 | 821 | $5,782.14 | $0.00 | $0.00 |
| 11427150 | GESI1704022153 | 2/9/2018 | 817 | $71,206.83 | $59,495.23 | $11,985.44 |
| 11427151 | GESI1704022152 | 1/30/2018 | 827 | $6,034.56 | $0.00 | $0.00 |
| 11469895 | GESI1704022159 | 3/14/2018 | 784 | $0.00 | $5,963.90 | $1,152.91 |
| 11469894 | GESI1704022160 | 3/14/2018 | 784 | $0.00 | $24,665.09 | $4,768.13 |
| 11488551 | GESI1704022156 | 2/24/2018 | 802 | $0.00 | $6,599.88 | $1,305.15 |
| 11488553 | GESI1704022155 | 2/24/2018 | 802 | $0.00 | $129,075.61 | $25,525.14 |

1

3545014.2

| | | | | | | |
|---|---|---|---|---|---|---|
| 11488555 | GESI1704022157 | 3/6/2018 | 792 | $0.00 | $84,438.22 | $16,489.74 |
| 11488554 | GESI1704022158 | 3/6/2018 | 792 | $0.00 | $2,846.52 | $555.89 |
| 11487263 | GESI1704021083 | 3/10/2018 | 788 | $0.00 | $4,989.60 | $969.49 |
| 11487262 | GESI1704021084 | 3/10/2018 | 788 | $0.00 | $87,506.50 | $17,002.63 |
| 2098324 | GESI170403233211 | 1/12/2018 | 845 | $29,580.16 | $0.00 | $0.00 |
| 2098331 | GESI170403233216 | 1/12/2018 | 845 | $14,953.88 | $0.00 | $0.00 |
| 2102902 | GESI170403233400 | 2/17/2018 | 809 | $0.00 | $12,132.12 | $2,420.11 |
| 2102918 | GESI170403233401 | 2/17/2018 | 809 | $0.00 | $319.97 | $63.83 |
| 2102901 | GESI170403233402 | 2/17/2018 | 809 | $0.00 | $3,516.44 | $701.46 |
| 2102917 | GESI170403233403 | 2/17/2018 | 809 | $0.00 | $318.77 | $63.59 |
| 2101061 | GESI170403233301 | 2/6/2018 | 820 | $549.12 | $0.00 | $0.00 |
| 2101043 | GESI170403233302 | 2/6/2018 | 820 | $7,774.59 | $0.00 | $0.00 |
| 2101062 | GESI170403233303 | 2/6/2018 | 820 | $655.56 | $0.00 | $0.00 |
| 2098668 | GESI170403233404 | 2/17/2018 | 809 | $0.00 | $11,646.98 | $2,323.33 |
| 2098701 | GESI170403233405 | 2/17/2018 | 809 | $0.00 | $464.64 | $92.69 |
| 2099474 | GESI170403233406 | 2/17/2018 | 809 | $0.00 | $7,883.57 | $1,572.61 |
| 2099475 | GESI170403233408 | 2/17/2018 | 809 | $0.00 | $6,041.29 | $1,205.11 |
| 2099516 | GESI170403233409 | 2/17/2018 | 809 | $0.00 | $208.56 | $41.60 |
| 2098978 | GESI170403233410 | 2/17/2018 | 809 | $0.00 | $2,839.41 | $566.40 |
| 2099010 | GESI1704032334111 | 2/17/2018 | 809 | $0.00 | $217.82 | $43.45 |
| 2098671 | GESI1704032334112 | 2/17/2018 | 809 | $0.00 | $7,328.29 | $1,461.84 |
| 2098704 | GESI1704032334113 | 2/17/2018 | 809 | $0.00 | $613.89 | $122.46 |
| 2104238 | GESI170403233500 | 3/21/2018 | 777 | $0.00 | $24,531.00 | $4,699.87 |
| 2104104 | GESI170403233501 | 3/21/2018 | 777 | $0.00 | $603.84 | $115.69 |
| 11522915 | GESI1704022162 | 3/31/2018 | 767 | $0.00 | $4,954.75 | $937.06 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11522914 | GESI1704022161 | 3/31/2018 | 767 | $0.00 | $262,654.85 | $4,9674.15 |
| 11514391 | GESI1704021085 | 4/16/2018 | 751 | $0.00 | $6,006.00 | $1,112.18 |
| 11521561 | GESI1704022163 | 4/28/2018 | 739 | $0.00 | $8,176.90 | $1,489.99 |
| 1705391/ 1705407 | GESI1704011180 | 5/24/2018 | 713 | $0.00 | $81,539.10 | $1,4335.24 |
| 1705409 | GESI1704011187 | 6/24/2018 | 682 | $0.00 | $20,746.26 | $3,488.78 |
| 11619752 | GESI1704022168 | 6/5/2018 | 701 | $0.00 | $3,514.69 | $607.51 |
| 11572753 | GESI1704022169 | 6/5/2018 | 701 | $0.00 | $3,060.29 | $528.97 |
| 11572745 | GESI1704022170 | 6/5/2018 | 701 | $0.00 | $56,226.72 | $9,718.75 |
| 1706006 | GESI1704011183 | 6/10/2018 | 696 | $0.00 | $209,862.86 | $36,015.92 |
| 1706007 | GESI1704011186 | 6/24/2018 | 682 | $0.00 | $18,010.62 | $3,028.74 |
| 2112012 | GESI170403233601 | 4/25/2018 | 742 | $0.00 | $47,840.00 | $8,752.75 |
| 2112753 | GESI170403233602 | 4/25/2018 | 742 | $0.00 | $1,080.00 | $197.60 |
| 2112330 | GESI170403233603 | 4/25/2018 | 742 | $0.00 | $20,666.00 | $3,781.03 |
| 2112742 | GESI170403233604 | 4/25/2018 | 742 | $0.00 | $664.80 | $121.63 |
| 2111873 | GESI170403233605 | 4/25/2018 | 742 | $0.00 | $26,692.80 | $4,883.69 |
| 2112735 | GESI170403233606 | 4/25/2018 | 742 | $0.00 | $597.60 | $109.34 |
| 2111997 | GESI170403233607 | 4/25/2018 | 742 | $0.00 | $19,418.40 | $3,552.77 |
| 2112749 | GESI170403233608 | 4/25/2018 | 742 | $0.00 | $595.20 | $108.90 |
| 2112010 | GESI170403233609 | 4/25/2018 | 742 | $0.00 | $30,137.90 | $5,514.00 |
| 2112094 | GESI170403233610 | 4/25/2018 | 742 | $0.00 | $640.20 | $117.13 |
| 2111996 | GESI170403233611 | 4/25/2018 | 742 | $0.00 | $23,924.58 | $4,377.21 |
| 2112748 | GESI170403233612 | 4/25/2018 | 742 | $0.00 | $695.04 | $127.16 |
| 2112009 | GESI170403233613 | 4/25/2018 | 742 | $0.00 | $43,553.68 | $7,968.53 |
| 2112093 | GESI170403233614 | 4/25/2018 | 742 | $0.00 | $810.72 | $148.33 |
| 2112011 | GESI170403233615 | 4/25/2018 | 742 | $0.00 | $20,936.58 | $3,830.53 |
| 2112752 | GESI170403233616 | 4/25/2018 | 742 | $0.00 | $807.68 | $147.77 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2112013 | GESI170402126101 | 6/2/2018 | 704 | $0.00 | $23,835.36 | $4,137.56 |
| 2112754 | GESI170402126102 | 6/2/2018 | 704 | $0.00 | $777.24 | $134.92 |
| 2111998 | GESI170402126103 | 6/2/2018 | 704 | $0.00 | $16,522.80 | $2,868.18 |
| 2112750 | GESI170402126104 | 6/2/2018 | 704 | $0.00 | $564.48 | $97.99 |
| 1706680 | GESI1704011196 | 7/20/2018 | 656 | $0.00 | $29,100.60 | $4,707.12 |
| 1706681 | GESI1704011197 | 7/20/2018 | 656 | $0.00 | $8,965.80 | $1,450.25 |
| 1707130 | GESI1704011190 | 7/14/2018 | 662 | $0.00 | $43,790.83 | $7,148.10 |
| 1707094 | GESI1704011191 | 5/21/2018 | 716 | $31,456.81 | $87,161.60 | $15,388.20 |
| 25657111/ 25657112 | GESI1704011192 | 5/21/2018 | 716 | $0.00 | $13,326.20 | $2,352.71 |
| 26306505 | GESI1704011198 | 7/10/2018 | 666 | $0.00 | $4,381.53 | $719.53 |
| 26306510 | GESI1704011199 | 7/15/2018 | 661 | $0.00 | $3,478.64 | $566.97 |
| 1711381 | GESI1704011200 | 7/15/2018 | 661 | $0.00 | $81,193.08 | $13,233.36 |
| 11591213 | GESI1704022171 | 6/13/2018 | 693 | $0.00 | $42,726.47 | $7,300.96 |
| 11591214 | GESI1704022172 | 6/13/2018 | 693 | $0.00 | $1,552.56 | $265.30 |
| 11610434 | GESI1704022500 | 5/5/2018 | 732 | $0.00 | $2,970.00 | $536.06 |
| 11610433 | GESI1704022500-1 | 5/5/2018 | 732 | $0.00 | $48,193.20 | $8,698.54 |
| 11610432 | GESI1704022500-2 | 5/5/2018 | 732 | $0.00 | $8,910.00 | $1,608.19 |
| 11597606 | GESI1704022173 | 6/23/2018 | 683 | $0.00 | $2,649.60 | $446.22 |
| 11597604 | GESI1704022174 | 6/23/2018 | 683 | $0.00 | $100,101.89 | $16,858.26 |
| 11633909 | GESI1704022176 | 7/12/2018 | 664 | $0.00 | $54,418.00 | $8,909.64 |
| 11633701 | GESI1704022177 | 7/12/2018 | 664 | $0.00 | $2,038.40 | $333.74 |
| 11632155 & 11632155 | GESI1704022178 | 7/17/2018 | 659 | $0.00 | $6,816.00 | $1,107.55 |
| 2113835 | GESI170402126201 | 6/23/2018 | 683 | $0.00 | $53,974.14 | $9,089.84 |
| 2113848 | GESI170402126202 | 6/23/2018 | 683 | $0.00 | $1,358.40 | $228.77 |
| 2115836 | GESI170402126203 | 6/23/2018 | 683 | $0.00 | $10,712.16 | $1,804.05 |
| 2115897 | GESI170402126204 | 6/23/2018 | 683 | $0.00 | $330.24 | $55.62 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2113836 | GESI170402126205 | 6/23/2018 | 683 | $0.00 | $48,111.70 | $8,102.54 |
| 2113849 | GESI170402126206 | 6/23/2018 | 683 | $0.00 | $1,201.20 | $202.30 |
| 2113807 | GESI170402126207 | 6/23/2018 | 683 | $0.00 | $11,626.60 | $1,958.05 |
| 2113860 | GESI170402126208 | 6/23/2018 | 683 | $0.00 | $292.80 | $49.31 |
| 2113829 | GESI170402126209 | 6/23/2018 | 683 | $0.00 | $2,052.00 | $345.58 |
| 2113847 | GESI170402126210 | 6/23/2018 | 683 | $0.00 | $383.04 | $64.51 |
| 2113950 | GESI170402126211 | 6/23/2018 | 683 | $0.00 | $12,249.60 | $2,062.97 |
| 2113956 | GESI170402126212 | 6/23/2018 | 683 | $0.00 | $278.40 | $46.89 |
| 2113806 | GESI170402126213 | 6/23/2018 | 683 | $0.00 | $16,953.30 | $2,855.12 |
| 2113859 | GESI170402126214 | 6/23/2018 | 683 | $0.00 | $414.00 | $69.72 |
| 2113935 | GESI170402126215 | 6/23/2018 | 683 | $0.00 | $2,995.36 | $504.45 |
| 2113938 | GESI170402126216 | 6/23/2018 | 683 | $0.00 | $432.32 | $72.81 |
| 11633849 | GESI1704022179 | 6/23/2018 | 683 | $0.00 | $1,621.76 | $273.12 |
| 11634434 | GESI1704022181 | 6/23/2018 | 683 | $0.00 | $85,924.80 | $14,470.68 |
| 11634431 | GESI1704022180 | 6/23/2018 | 683 | $0.00 | $2,121.60 | $357.30 |
| 11634436 | GESI1704022183 | 7/26/2018 | 650 | $0.00 | $1,060.80 | $170.02 |
| 11634435 | GESI1704022182 | 7/26/2018 | 650 | $0.00 | $15,912.00 | $2,550.28 |
| 11725848 | GESI1804022005 | 8/16/2018 | 629 | $0.00 | $5,428.68 | $841.97 |
| 11709926 | GESI1804022001 | 8/1/2018 | 644 | $0.00 | $101,391.36 | $16,100.39 |
| 11709934 | GESI1804022003 | 8/1/2018 | 644 | $0.00 | $21,411.84 | $3,400.08 |
| 11709953 | GESI1804022004 | 8/1/2018 | 644 | $0.00 | $3,148.80 | $500.01 |
| 2121317 | GESI180402120101 | 7/19/2018 | 657 | $0.00 | $3,600.00 | $583.20 |
| 2121327 | GESI180402120102 | 7/19/2018 | 657 | $0.00 | $172.80 | $27.99 |
| 1736793 | GESI1804011005 | 8/21/2018 | 624 | $0.00 | $232.20 | $35.73 |
| 1736969 | GESI1804011008 | 8/24/2018 | 621 | $0.00 | $140,643.53 | $21,535.80 |
| 1736969 | GESI1804011009 | 8/24/2018 | 621 | $0.00 | $64,599.48 | $9,891.68 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 29397733 | GESI1804011010 | 8/24/2018 | 621 | $0.00 | $8,514.57 | $1,303.78 |
| 1736971 | GESI1804011011 | 9/22/2018 | 592 | $0.00 | $54,407.88 | $7,942.06 |
| 30335023 | GESI1804011026 | 9/22/2018 | 592 | $0.00 | $3,624.85 | $529.13 |
| 1744118 | GESI1804011027 | 9/22/2018 | 592 | $0.00 | $116,848.60 | $17,056.69 |
| 23966504 | GESI1704011201 | 7/23/2018 | 653 | $0.00 | $5,870.64 | $945.25 |
| 1736714 | GESI1804011013 | 8/21/2018 | 624 | $0.00 | $160.92 | $24.76 |
| 29338010 | GESI1804011016 | 8/24/2018 | 621 | $0.00 | $7,246.92 | $1,109.67 |
| 1736691 | GESI1804011017 | 8/24/2018 | 621 | $0.00 | $29,461.51 | $4,511.24 |
| 1736691 | GESI1804011018 | 8/24/2018 | 621 | $0.00 | $147,313.11 | $22,557.07 |
| 1736721 | GESI1804011024 | 9/22/2018 | 592 | $0.00 | $58,500.84 | $8,539.52 |
| 1736721 | GESI1804011025 | 9/22/2018 | 592 | $0.00 | $10,104.12 | $1,474.92 |
| BYS29354920 | GESI1804011001 | 7/28/2018 | 648 | $0.00 | $13,460.40 | $2,150.71 |
| BYS29354922 | GESI1804011002 | 9/1/2018 | 613 | $0.00 | $4,687.20 | $708.47 |
| 1736789 | GESI1804011003 | 7/26/2018 | 650 | $0.00 | $110,145.00 | $17,653.38 |
| 1736789 | GESI1804011004 | 7/26/2018 | 650 | $0.00 | $110,808.75 | $17,759.76 |
| 1736795 | GESI1804011006 | 7/26/2018 | 650 | $0.00 | $262.50 | $42.07 |
| 1736792 | GESI1804011007 | 8/18/2018 | 627 | $0.00 | $47,587.50 | $7,357.16 |
| 1745674 | GESI1804011019 | 9/18/2018 | 596 | $0.00 | $289.20 | $42.50 |
| 1744065 | GESI1804011028 | 9/22/2018 | 592 | $0.00 | $326,114.75 | $47,603.82 |
| 30333805 | GESI1804011029 | 9/22/2018 | 592 | $0.00 | $10,762.94 | $1,571.09 |
| 2126104 | GESI1804021201 | 8/19/2018 | 626 | $0.00 | $3,522.94 | $543.79 |
| 2126210 | GESI1804021203 | 8/19/2018 | 626 | $0.00 | $127.08 | $19.62 |
| 2123336 | GESI1804021202 | 8/19/2018 | 626 | $0.00 | $9,290.96 | $1,434.12 |
| 2126209 | GESI1804021204 | 8/19/2018 | 626 | $0.00 | $254.16 | $39.23 |
| 2123331 | GESI1804021205 | 8/19/2018 | 626 | $0.00 | $7,977.28 | $1,231.34 |
| 2126207 | GESI1804021207 | 8/19/2018 | 626 | $0.00 | $186.24 | $28.75 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2123332 | GESI180402120206 | 8/19/2018 | 626 | $0.00 | $1,148.48 | $177.27 |
| 2126208 | GESI180402120208 | 8/19/2018 | 626 | $0.00 | $93.12 | $14.37 |
| BYS30317336 | GESI1804011020 | 9/22/2018 | 592 | $0.00 | $7,784.58 | $1,136.34 |
| 1743922 | GESI1804011021 | 9/22/2018 | 592 | $0.00 | $16,171.80 | $2,360.64 |
| BYS30325533 | GESI1804011022 | 9/22/2018 | 592 | $0.00 | $8,958.60 | $1,307.71 |
| BYS31241611 | GESI1804011023 | 9/22/2018 | 592 | $0.00 | $16,565.70 | $2,418.14 |
| 1745518 | GESI1804011014 | 8/21/2018 | 624 | $0.00 | $131.75 | $20.27 |
| BYS30322583 | GESI1804011030 | 9/22/2018 | 592 | $0.00 | $7,380.00 | $1,077.28 |
| 1743533 | GESI1804011031 | 9/22/2018 | 592 | $0.00 | $104,490.50 | $15,252.75 |
| BYS29397950 | GESI1804011015 | 8/24/2018 | 621 | $0.00 | $12,505.00 | $1,914.81 |
| 11796542 | GESI1804022008 | 9/19/2018 | 595 | $0.00 | $2,520.00 | $369.72 |
| 11779728 | GESI1804022007 | 9/19/2018 | 595 | $0.00 | $1,862.50 | $273.25 |
| 11779727 | GESI1804022006 | 9/19/2018 | 595 | $0.00 | $94,542.00 | $13,870.48 |
| | | | | | | |
| | **Subtotal** | | | $597,333.69 | $4,257,827.70 | $722,572.41 |
| | **Total Unpaid** | | | | | $4,980,400.10 |