UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JIANGSU GTIG ESEN CO., LTD.,

                Plaintiff,

      v.

AMERICAN FASHION NETWORK, LLC, AND JES APPAREL, LLC,

                Defendants.

**DEFAULT JUDGMENT**

Civil Action No.
5:20-cv-00222 (MAD/ATB)

---

    Plaintiff Jiangsu Gtig Esen Co., Ltd. ("Plaintiff"), with its principal place of business at 17A, Guotai Time Plaza, Remning Road, Zhanhijgang City, Jiangsu, China 215600, having made a claim against Defendants, American Fashion Network, LLC and JES Apparel, LLC (collectively, "Defendants"), with the last known addresses of 5852 Heritage Landing Drive, East Syracuse, New York, 13057 and 8104 Cazenovia Road, Manlius, New York, 13104, for a sum certain, and proper service of the Summons and Complaint having been made upon Defendants, and Defendants having defaulted, and Plaintiff having requested of the Clerk of the Court a Default Judgment by submitting: (a) an Application to the Clerk for Default Judgment; and (b) the Declaration of Brian J. Butler, Esq. in Support of Plaintiff's Application for Default Judgment, with Exhibits A-F attached thereto, including the Affidavits of Service of the Complaint upon the Defendants, the Clerk's Certificate of Action Taken on Plaintiff's Request for Entry of Default, the Declaration of Xing Zhangjuan, and a Statement of Amounts Due With Interest and Costs, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and Rule 55.2(a) of the Local Rules for the Northern District of New York,

IT IS ORDERED AND ADJUDGED, that Plaintiff's application to the Clerk for Default Judgment pursuant to Fed. R. Civ. P. 55(b)(1) and Local Rule 55.2(a) is hereby GRANTED.

Judgment is hereby ENTERED in favor of Plaintiff Jiangsu Gtig Esen Co., Ltd. and against Defendants American Fashion Network, LLC and JES Apparel, LLC in the amount of $4,979,437.53.

FURTHER, that thereafter, this case shall be closed.

Dated:_____          _____
                                        John M. Domurad, Clerk
                                        United States District Court

3544606.2