UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

# DEFAULT JUDGMENT IN A CIVIL CASE

**JIANGSU GTIG ESEN CO., LTD.,**
    **Plaintiff,**

vs.                                             5:20-CV-222 (MAD/ATB)

**AMERICAN FASHION NETWORK, LLC and
JES APPAREL, LLC,**
    **Defendants.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's motion for default judgment is **GRANTED**; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Plaintiff's favor in the amount of $4,979,437.53 and close this case, all in accordance with the Memorandum-Decision and Order of the Honorable Mae A. D'Agostino, dated the 24th day of June, 2020.

DATED: June 24, 2020

*[signature]*
Clerk of Court

                                                                 s/Britney Norton
                                                                  Britney Norton
                                                                  Deputy Clerk